IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DISCOVERORG DATA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-cv-718-RP |
| | § | |
| LIFESIZE, INC., | § | |
| | § | |
| *Defendant*. | § | |

## SECOND UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER, PLEAD, OR OTHERWISE RESPOND

Defendant Lifesize, Inc. ("*Lifesize*") respectfully moves the Court to extend the time for Lifesize to answer, plead, or otherwise respond to the First Amended Complaint and Jury Demand of DiscoverOrg Data, LLC ("*DiscoverOrg*") by an additional 14 days, to September 25, 2019. DiscoverOrg does not oppose this motion.

DiscoverOrg filed its Original Complaint on July 18, 2019 and its First Amended Complaint the following day. Pursuant to the Court's order granting Lifesize's initial motion to extend, the present deadline for Lifesize to answer, plead, or otherwise respond to the First Amended Complaint is September 11, 2019.

Lifesize seeks this extension to more fully evaluate the parties' claims and defenses, and to provide the parties with additional time to negotiate a potential resolution of the claims at issue. This motion is not for the purpose of delay. Counsel for DiscoverOrg and Lifesize have conferred regarding this motion and DiscoverOrg does not oppose the motion.

Accordingly, Lifesize respectfully requests that the Court extend its time to answer, plead, or otherwise respond to the First Amended Complaint through and including September 25, 2019.

Dated: September 10, 2019  Respectfully submitted,

        VINSON & ELKINS L.L.P.

        */s/ Hilary L. Preston*
        M. Craig Tyler
        Texas Bar No. 00794762
        Hilary L. Preston
        Texas State Bar 24062946
        2801 Via Fortuna, Suite 100
        Austin, TX 78746-7568
        Telephone: 512.542.8440
        Facsimile: 512.236.3256
        ctyler@velaw.com
        hpreston@velaw.com

        ***Attorneys for Defendant Lifesize, Inc.***

## CERTIFICATE OF CONFERENCE

    I hereby certify that on September 10, 2019, I conferred with counsel for Plaintiff DiscoverOrg Data, LLC, and counsel indicated they are not opposed to the extension requested in this motion.

        */s/ Hilary L. Preston*
        Hilary L. Preston

## CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2019, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF filing system.

        */s/ Hilary L. Preston*
        Hilary L. Preston