IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DISCOVERORG DATA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-cv-718-RP |
| | § | |
| LIFESIZE, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND

The Court, having considered Defendant Lifesize, Inc.'s Second Unopposed Motion to Extend Time For Defendant to Answer, Plead, or Otherwise Respond (the "***Motion***") to the First Amended Complaint and Jury Demand of DiscoverOrg Data, LLC, GRANTS the Motion.

It is therefore ORDERED that Defendant Lifesize, Inc.'s deadline to answer, plead, or otherwise respond to the First Amended Complaint is extended through and including September 25, 2019.

**IT IS SO ORDERED.**

SIGNED this _____ of September, 2019.

HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE