IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DISCOVERORG DATA, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-718-RP |
| LIFESIZE, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On October 8, 2019, the parties filed an agreed motion for dismissal with prejudice. (Dkt. 9). The Court will construe this as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on October 9, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE